CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

NOV 0 7 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 5:13CR00016 |
| FRANK WESLEY WADE : | |

## STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant, Frank Wesley Wade's, criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines calculation. The conduct described below occurred within the Western District of Virginia.

This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

From in or about December 2012, and continuing through on or about April 16, 2013, defendant Wade and Charles Alt knowingly and intentionally conspired to distribute, and to possess with the intent to distribute, 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S.C., Sections 846 and 841(b)(1)(B). During the ~~above-listed time~~ period from April 16 to April 16, 2013, defendant Wade provided Charles Alt with at least 2-3 ounces of a mixture and substance containing methamphetamine, of which Alt then resold at least 50 grams to other individuals. Wade would provide Alt with an ounce of a mixture and substance containing methamphetamine at a time, but would not immediately receive payment from Alt. Wade would meet with Alt a few days later and expect $2,000 in payment for the methamphetamine at that time.

On April 16, 2013, defendant Wade was apprehended by law enforcement officers in the process of trying to sell a mixture and substance containing methamphetamine to another person in the parking lot of a Food Lion in Harrisonburg, VA. Law enforcement officers conducted surveillance on Wade that day. At approximately 1:05 PM, officers observed him drive a motorcycle into the parking lot of the Food Lion, where he entered the vehicle of another individual. When officers attempted to approach, defendant Wade ran away from the officers. After a brief chase, officers managed to catch Wade. Officers recovered a baggie filled with 27.1 grams of a mixture and substance containing methamphetamine that officers had seen Wade

discard during his flight from them. Wade also had in his pocket another baggie that was filled with 10.4 grams of a mixture and substance containing methamphetamine. The weights indicated were determined by the Virginia Department of Forensic Science.

After being notified of his *Miranda* rights, Wade made several statements acknowledging that he was there that day to sell drugs.

I have reviewed the above Statement of Facts with my attorney and I agree that it is true and accurate. I agree that had this matter proceeded to trial, the United States would have proven the facts outlined above beyond a reasonable doubt.

11/7/2013
Date

Frank W. Wade
Frank Wesley Wade, a.k.a. "Wes"
Defendant

11/7/13
Date

A. Gene Hart, Jr., Esq.
Attorney for Defendant