IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

UNITED STATES OF AMERICA,

v.                                                                  Case Nos. 5:13-CR-16

FRANK WESLEY WADE

### REQUEST TO WITHDRAW PRO SE MOTION FOR RELEASE FROM DETENTION

THIS DAY came the defendant, by counsel, to request that his previously filed *pro se* 'Motion for Bond' be withdrawn from consideration by the Court. Having discussed the matter with counsel, the defendant, Frank Wesley Wade, does not seek release from detention at this time.

                                                                      Respectfully submitted,

                                                                      FRANK WESLEY WADE
                                                                      By Counsel

/s/ A. Gene Hart, Jr.
A. Gene Hart, Jr., P.C.
71 Court Square, Suite B
Harrisonburg, Virginia 22801
Tel:    (540) 434-9595
Fax:   (540) 564-0071
Email: genehartlaw@yahoo.com
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Request to Withdraw Pro Se Motion for Release from Detention was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ A. Gene Hart, Jr.