PROB 12B
(7/93)

# United States District Court

## for the

## Western District of Virginia

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49 Waiver of Hearing is Attached)*

Name of Offender:  Frank Wesley Wade                               Case Number:  5:13CR000016-001

Name of Sentencing Judicial Officer:  The Honorable Michael F. Urbanski

Date of Original Sentence:  August 26, 2014; Revocation: June 11, 2020

Original Offense:  Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine

Original Sentence:  68 months followed by 5 years supervised release; Revocation: 8 months followed by 2 years supervised release.

Type of Supervision:  Supervised Release            Date Supervision Commenced:  November 9, 2020

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*"The defendant has agreed to extend his period of supervised release to total 6 months. His expiration date would reflect May 8, 2023.*

*The defendant shall enter into the Drug Treatment Court Program and shall comply with all the program rules and requirements, if accepted into the program. The defendant is aware that the Drug Treatment Court Program is a voluntary and the defendant may remove himself at any time. However, if the defendant fails to comply with said program or removes himself, revocation proceedings may be initiated."*

## CAUSE

On Sunday, June 27, 2021, the defendant's family contacted this officer and advised of a relapse. The undersigned contacted the defendant who admitted to the same. The officer has spoken with the defendant at length and Wade has a strong desire to participate in Drug Treatment. Additionally, this officer has consulted with the defendant's retained counsel, Gene Hart, who concurs with this recommendation. The defendant has agreed to extend his supervision for a period of six months to adequately participate in Drug Treatment Court.

Name of Offender: Frank Wesley Wade                    Case Number:  5:13CR000016-001

Respectfully submitted,

by _____
Angela D. George
Senior U.S. Probation Officer
Date:  August 11, 2021

THE COURT ORDERS:
[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[ X]  The Modifications of Conditions as Noted Above
[  ]  Other

Michael F. Urbanski
Chief U.S. District Judge
2021.08.17 14:54:36 -04'00'

_____
Signature of Judicial Officer

August 17, 2021
_____
Date