PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF VIRGINIA

**United States of America**  Docket No.  5:13CR000016-001

vs.

**Frank Wesley Wade**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant has agreed to extend his period of supervised release to total 6 months. His expiration date would reflect May 8, 2023.

The defendant shall enter into the Drug Treatment Court Program and shall comply with all the program rules and requirements, if accepted into the program. The defendant is aware that the Drug Treatment Court Program is a voluntary and the defendant may remove himself at any time. However, if the defendant fails to comply with said program or removes himself, revocation proceedings may be initiated."

Witness: ~~U.S. Probation Officer~~ Witness: Signed: ~~Probationer or Supervised Releasee~~ U.S. Probation Officer

DATE: 8/12/2021