PROB 12C
(7/93)

# United States District Court
## for the
## Western District of Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Frank Wesley Wade                                           Case Number:  5:13CR00016-001

Name of Sentencing Judicial Officer:  The Honorable Michael F. Urbanski

Date of Original Sentence:  August 26, 2014; June 11, 2020

Original Offense:   Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Methamphetamine; Supervised Release Revocation

Original Sentence:   68 months followed by 5 years supervised release; 8 months custody followed by 2 years supervised release

Type of Supervision:  Supervised Release                    Date Supervision Commenced:  November 9, 2020

Asst. U.S. Attorney:  Jeb Terrian                           Defense Attorney:  A. Gene Hart Jr.

---

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **1** | **Mandatory Condition:** *"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any use of a controlled substance."* |
| | On February 21, 2022, United States Probation Officer Dennis Gardner spoke to the defendant via telephone, who reported he smoked methamphetamine on February 19, 2021. The defendant has four or more positive drug screens or admissions to illegal drug use in a one-year period. |

Name of Offender:  Frank Wesley Wade                        Case Number:  5:13CR00016-001

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        [X]    Revoked
        [ ]    Extended for   year(s), for a total term of   years.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on     February 24, 2022

Angela D. George
Senior U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[X]   The Issuance of a Summons
[ ]   Other

Michael F. Urbanski
Chief U.S. District Judge
2022.03.01 10:22:08 -05'00'

Signature of Judicial Officer

March 1, 2022
Date